```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 12785
  MONTAQUE L PITTMAN
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

           Debtor
    SSN XXX-XX-7626
```

---
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/17/07 .

    2.  The case was dismissed without confirmation, 11/02/2007.

    3.  The Debtor paid a total of $    900.00 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| AMERICAS SERVICING CO | SECURED | .00 | .00 | .00 |
| MONTEREY FINANCIAL SVCS | UNSECURED | NOT FILED | .00 | .00 |
| BANKFINANCIAL FSB | UNSECURED | NOT FILED | .00 | .00 |
| COM CRED SOL | UNSECURED | NOT FILED | .00 | .00 |
| DELL FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| DRIVE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE LSCF | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE LSCF | UNSECURED | NOT FILED | .00 | .00 |

        Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC       , was allowed $   3500.00
and was paid $    566.00  direct and $    859.50  through the plan.

The Trustee received $     40.50 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 02/11/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```